AGNES H. BRENT, Respondent, v. FRANK H. ASSENBECK and ANDREW F. ASSENBECK, as Copartners Doing Business under the Firm Name and Style of F. H. & A. F. ASSENBECK, Appellants. WILLIAM RUFUS BRENT, Respondent, v. FRANK H. ASSENBECK and ANDREW F. ASSENBECK, as Copartners Doing Business under the Firm Name and Style of F. H. & A. F. ASSENBECK, Appellants.— Judgments

unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.